United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Larry W. Roland<br>206 Mayhaw Road<br>Colquitt, GA 39837-7200 | Chapter 13<br><br>Case No. 11-11556-AEC |

## Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $1000.00 in unclaimed funds of Larry W. Roland and , debtor(s).

Last Known Address (Most recent listed left to right):

Larry W. Roland
206 Mayhaw Road
Colquitt, GA 39837-7200

Dated: 4/20/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee